HAHN & HESSEN LLP
Mark T. Power, Esq. (MP 1607)
Jeffrey Zawadzki, Esq. (JZ 1656)
488 Madison Avenue
New York, New York 10022
Tel: (212) 478-7200
Fax: (212) 478-7400

  -and-

MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Patricia A. Borenstein
10 Light Street
Baltimore, MD 21202
Tel: (410) 727-6464
Fax: (410) 385-3700

*Attorneys for Hydro Aluminum Precision*
 *Tubing North America, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DANA CORPORATION, *et al.*, | : | Case No.: 06-10354 (BRL) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------x

## NOTICE OF APPEAL

  Hydro Aluminum Precision Tubing North America, LLC, by its undersigned counsel, appeals under 28 U.S.C. § 158(a) and Rule 8003 of the Federal Rules of Bankruptcy Procedure to the United States District Court for the Southern District of New York from the Order of the United States Bankruptcy Court for the Southern District of New York (Hon. Burton R. Lifland) entered on April 26, 2007 (Docket No. 5175) valuing all reclamation claims filed in the Debtors' chapter 11 cases at zero. A copy of the Bankruptcy Court Order is attached hereto as Exhibit A. A copy of the Bankruptcy Court Memorandum Opinion dated April 19, 2007 is attached hereto as Exhibit B.

252515.002 - 1247166.1

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**APPELLANT:**

Hydro Aluminum Precision Tubing
North America, LLC

| | |
|---|---|
| HAHN & HESSEN LLP | MILES & STOCKBRIDGE, P.C. |
| 488 Madison Avenue | 10 Light Street |
| New York, New York 10022 | Baltimore, MD 21202 |
| Telephone:   212-478-7200 | Telephone:   410-727-6464 |
| Facsimile:   212-478-7400 | Facsimile:   410-385-3700 |
| Attention:   Mark T. Power, Esq. | Attention:   Thomas D. Renda, Esq. |
|                     Jeffrey Zawadzki, Esq. |                     Patricia A. Borenstein, Esq. |

**APPELLEES:**

Dana Corporation, *et al.*

PACHULSKI STANG ZIEHL YOUNG
 JONES & WIENTRAUB LLP
780 Third Avenue (36th Floor)
New York, NY  10017
Telephone:   212-561-7700
Facsimile:   212-561-7777
Attention:   Dean A. Ziehl, Esq.
                    Robert J. Feinstein, Esq.
                    Debra I. Grassgreen, Esq.

*Conflicts Counsel to the Debtors
and Debtors in Possession*

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Dated: New York, New York
       May 7, 2007

                        Respectfully submitted,

                        <u>/s/ Mark T. Power</u>
                        Mark T. Power (MP 1607)
                        Jeffrey Zawadzki (JZ 1656)

                        HAHN & HESSEN LLP
                        488 Madison Avenue
                        New York, New York 10022
                        Tel: (212) 478-7200
                        Fax: (212) 478-7400

                               -and-

                        MILES & STOCKBRIDGE P.C.
                        Thomas D. Renda
                        Patricia A. Borenstein
                        10 Light Street
                        Baltimore, MD 21202
                        Tel: (410) 727-6464
                        Fax: (410) 385-3700

                        *Attorneys for Hydro Aluminum Precision*
                         *Tubing North America, LLC*