USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 3 1 2007

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE 212/561 7700
FACSIMILE 212/561 7777


Robert J. Feinstein                    October 30, 2007                    rfeinstein@pszjlaw.com
                                                                           (212) 561-7710

**VIA TELECOPIER**

The Honorable Paul A Crotty,
United States District Judge
Southern District of New York
500 Pearl Street
Room 735
New York, New York 1007

*[handwritten: 10-31-07  Dana may file a 33 page brief. There will be no modification of the reply briefs, notwithstanding Dana's lack of objection to their being supplemented. By request for further supplementation, any extension will be granted. So ordered. Paul Crotty U.S.D.J.]*

              Re:    Toyota Tsusho American, Inc. v. Dana
                     Corporation, Case No. 07 Civ. 4837 (PAC); Hydro
                     Aluminum Tubing North America, LLC v. Dana
                     Corporation, Case No. 07 Civ. 5460 (PAC);
                     Emhart Teknologies, Inc. v. Dana Corporation,
                     Case No. 07 Civ. 5461(PAC); The Timken
                     Corporation, Toyotetsu America, Inc. and
                     Toyotetsu Mid America LLC v. Dana
                     Corporation, Case No. 07 Civ. 5659 (PAC); and
                     Berlin Metals LLC v. Dana Corporation,
                     Case No. 07 Civ. 5995 (PAC)

Dear Judge Crotty:

        This firm is counsel to Dana Corporation ("Dana"), the
appellee in each of the above-captioned appeals currently pending
before Your Honor of an Order of the Honorable Burton R. Lifland,
United States Bankruptcy Judge, Valuing Reclamation Claims Filed
In the Debtors' Chapter 11 Cases at Zero. Yesterday, Dana filed the
identical Appellee's Brief (the "Appellee Brief") in each of the
above-referenced actions. That single brief responded to the five
appeal briefs filed by appellants.

        On August 30, 2007, by endorsed letter, Your Honor granted
applications by counsel for Dana and by counsel for The Timken
Company, Timken U.S. Corp., Toyotetsu America, Inc., and
Toyotetsu Mid America LLC to extend the page limit for

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE 310/277 6910
FACSIMILE 310/201 0760


SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE 415/263 7000
FACSIMILE 415/263 7010


DELAWARE
919 NORTH MARKET STREET
17th FLOOR
PO BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE 302/652 4100
FACSIMILE 302/652 4100


WEB www.pszjlaw.com

DOCS_NY 13803.1

*MEMO ENDORSED*

☑ 004



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Paul A Crotty,
October 30, 2007
Page 2

memorandum of law set out in Your Honor's Individual Practices
and set a limit of thirty pages for the parties' opening briefs.

     Because of an inadvertent internal miscommunication at our
office, the Appellee Brief is thirty-three pages rather than thirty. In
light of the fact that Dana submitted one appellee brief, rather than
five in response to the five appeal briefs filed by appellants, and in
light of the fact that Rule 8010(d) of the Federal Rules of
Bankruptcy Procedure contemplates that principal briefs "shall not
exceed 50 pages," we respectfully request that you authorize Dana
to file a thirty-three page Appellee Brief nunc pro tunc. Dana will,
of course, have no objection to any requests by appellants to exceed
the page limit for their reply briefs. We apologize for the Court for
the misunderstanding and for any inconvenience.

     Thank you for your consideration of this matter.

     Respectfully submitted,

Robert J. Feinstein

RJF/kgb
cc:   James M. Sullivan, Esq. (by telecopier)
      Stuart A. Krause, Esq. (by telecopier)
      Mark T. Power, Esq. (by telecopier)
      Robert Beau Leonard, Esq. (by telecopier)