HAHN & HESSEN LLP
Mark T. Power (MP 1607)
Jeffrey Zawadzki (JZ 1656)
488 Madison Avenue
New York, New York 10022
Tel:  (212) 478-7200
Fax:  (212) 478-7400

— and —

MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Patricia A. Borenstein
10 Light Street
Baltimore, MD  21202
Tel:  (410) 727-6464

*Attorneys for Hydro Aluminum Precision Tubing North America, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DANA CORPORATION, *et al.,* | Bankruptcy Case No.: 06-10354 (BRL) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------x

| | |
|---|---|
| HYDRO ALUMINUM PRECISION TUBING NORTH AMERICA, LLC, | District Case No.: 07-cv-05460 (PAC) |
| Appellant, | |
| v. | |
| DANA CORPORATION, *et al.,* | |
| Appellees. | |

-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK  )

Marlena Graziano, duly sworn, deposes and says:

252515.002 - 1367168.1

I am over 18 years of age, reside in the County of Suffolk, State of New York and am not a party to the above action.

On November 19, 2007, I caused to be served a copy of *Reply Brief of Appellant Hydro Aluminum Precision Tubing North America, LLC* via overnight mail by depositing true copies thereof in an official UPS depository under the exclusive care and custody of the United Parcel Service within New York State, addressed to the following at the following addresses:

| PACHULSKI STANG ZIEHL YOUNG & WEINTRAUB LLP 780 Third Avenue (36 Floor) New York, NY 10017 Attn: Robert J. Feinstein, Esq. | PACHULSKI STANG ZIEHL YOUNG & WEINTRAUB LLP 10100 Santa Monica Blvd. 11th Floor Los Angeles, CA 90067-4003 Attn: Dean A. Ziehl Harry Hochman |
|---|---|

Marlena Graziano

Sworn to before me this
19 day of November 2007
By: _____
Notary Public

ANNE S. MELDON
Notary Public, State of New York
No. 01ME6047317
Qualified in New York County
Commission Expires July 31, 2009

252515.002 - 1367168.1