HAHN & HESSEN LLP
Mark T. Power, Esq. (MP 1607)
Jeffrey Zawadzki, Esq. (JZ 1656)
488 Madison Avenue
New York, NY 10022
Tel: (212) 478-7200
Fax: (212) 478-7400

-and-

MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Patricia A. Borenstein
10 Light Street
Baltimore, MD 21202
Tel: (410) 727-6464
Fax: (410) 385-3700

*Attorneys for Hydro Aluminum Precision Tubing North America, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| DANA CORPORATION, *et al.*, | : Bankruptcy Case No.: 06-10354 (BRL) |
| | : |
| Debtors. | : (Jointly Administered) |
-----------------------------------------------------------x
| | |
|---|---|
| HYDRO ALUMINUM PRECISION TUBING NORTH AMERICA, LLC, | : |
| | : |
| Appellant, | : District Court Case No.: 07-cv-05460-PAC |
| | : |
| v. | : |
| | : |
| DANA CORPORATION, *et al.*, | : |
| | : |
| Appellee. | : |
-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Susan Farrell, duly sworn, deposes and says:

1. I am over 18 years of age and live in Nassau County, State of New York, and am not a party to the above action.

2. On December 18, 2007, I caused to be served by first class mail, a true copy of the *Notice of Withdrawal of Appeal* upon the parties listed on the attached service list, at the addresses shown, by depositing a true copy thereof in a depository of the United States Postal Service.

_____
Susan Farrell

Sworn to before me this
18 day of December, 2007

By: _____
Notary Public

Jeff____ ___ki
Notary Public, _____ of New York
No. 01ZA5067204
Qualified in Queens County
Commission Expires Oct. 15, 2010

2

## SERVICE LIST

Marc S. Levin, Esq.
Acting General Counsel
Dana Corporation
4500 Dorr Street
Toledo, OH 43615

Corinne Ball, Esq.
Richard H. Engman, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Heather Lennox, Esq.
Carl E. Black, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Jeffrey B. Ellman, Esq.
Jones Day
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053

Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Jon D. Cohen, Esq.
Trent P. Cornell, Esq.
Scott N. Schreiber, Esq.
Stahl Cowen Crowley LLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603

The BMC Group, Inc.
Attn: Dana Corporation Noticing
1330 East Franklin Avenue
El Segundo, CA 90245

The BMC Group, Inc.
Attn: Dana Corporation Noticing
P.O. Box 952
El Segundo, CA 90245-0952

Douglas Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Andy Velez-Rivera, Esq.
United States Trustee – Trial Attorney
United States Trustee (Region 2)
33 Whitehall Street, Suite 2100
New York, NY 10004

Dean A. Ziehl
Robert Feinstein
Debra I. Grassgreen
Harry Hochman
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
New York, NY 10017-2024

157175.002 - 1373423.1